UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREAT AMERICAN E & S INSURANCE COMPANY, INDIVIDUALLY, AND AS ASSIGNEE OF CLAIMS FROM ITS INSURED C3 MANUFACTURING LLC, A COLORADO COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON CASUALTY COMPANY, GORDON REES SCULLY MANSUKHANI, LLP, SINARS SLOWIKOWSKI TOMASAKA LLC, J. SCOTT WOOD and CHRISTOPHER FURMAN,<br><br>Defendants. | Case No. 2:23-CV-01695<br><br>DECLARATION OF STEVEN P. CAPLOW IN SUPPORT OF NOTICE OF REMOVAL |

Steven P. Caplow declares:

1.  I am an attorney at Davis Wright Tremaine LLP and counsel of record for Defendant Houston Casualty Company ("HCC") in this action. I submit this declaration in support of HCC's Notice of Removal based on my review of the files and records in this case. I am over 18 years of age and in all other ways competent to testify to the facts in this declaration.

DECLARATION OF STEVEN P. CAPLOW ISO NOTICE OF REMOVAL - 1
4893-7357-6076v.1 0122352-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2.  Attached as **Exhibit A** is a true and correct copy of the Summons filed in King County Superior Court on September 5, 2023.

3.  Attached as **Exhibit B** is a true and correct copy of the Case Information Cover Sheet filed in King County Superior Court on September 5, 2023.

4.  Attached as **Exhibit C** is a true and correct copy of the Complaint filed in King County Superior Court on September 5, 2023.

5.  Attached as **Exhibit D** is a true and correct copy of the Order Setting Civil Case Schedule issued by the King County Superior Court on September 5, 2023.

6.  My firm has conducted a reasonable inquiry into the citizenship of Great American E & S Insurance Company ("GAES"). GAES alleges in its complaint that it is an Ohio corporation with its principal place of business in Cincinnati, Ohio.

7.  HCC is a corporation incorporated under the laws of Texas with its principal place of business in Houston, Texas.

8.  No earlier than November 6, 2023, a copy of the Summons and Complaint was delivered to HCC's registered business address.

I declare the foregoing is true and correct to the best of my knowledge under penalty of perjury.

SIGNED at Seattle, Washington this 6th day of November, 2023.

*s/ Steven P. Caplow*
Steven P. Caplow, WSBA #19843
stevencaplow@dwt.com

DECLARATION OF STEVEN P. CAPLOW ISO NOTICE OF REMOVAL - 2
4893-7357-6076v.1 0122352-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on 6th day of November, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below attorney of record for plaintiff.

> Mark Johnson, WSBA No. 8463
> Michael Sprangers, WSBA No. 45501
> JOHNSON FLORA SPRANGERS PLLC
> 2001 Western Ave., Suite 205
> Seattle, WA  98121
> 206-386-5566
> mark@johnsonflora.com
> michael@johnsonflora.com

Attorneys for Great American E & S Insurance Company

DATED this 6th day of November, 2023.

By *s/ Everett W. Jack, Jr.*
    Everett W. Jack, WSBA No. 47076
    Steven P. Caplow, WSBA No. 19843

DECLARATION OF STEVEN P. CAPLOW ISO NOTICE OF REMOVAL - 3
4893-7357-6076v.1 0122352-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax