FILED
2023 SEP 05 10:53 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-16817-8 SEA

# IN THE SUPERIOR COURT OF WASHINGTON STATE
## FOR KING COUNTY

| | |
|---|---|
| GREAT AMERICAN E & S INSURANCE COMPANY, INDIVIDUALLY, AND AS ASSIGNEE OF CLAIMS FROM ITS INSURED C3 MANUFACTURING LLC, A COLORADO COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>HOUSTON CASUALTY COMPANY, GORDON REES SCULLY MANSUKHANI, LLP, SINARS SLOWIKOWSKI TOMASAKA LLC, J. SCOTT WOOD and CHRISTOPHER FURMAN,<br><br>Defendants. | NO.<br><br>SUMMONS IN A CIVIL ACTION (40 days) |

TO:     Defendant HOUSTON CASUALTY COMPANY:

A lawsuit has been started against you in the above-entitled court by plaintiffs Great American E & S Insurance Company, individually, and as Assignee of Claims from its Insured C3 Manufacturing LLC, a Colorado Company. Their claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the plaintiff within

SUMMONS IN A CIVIL ACTION (40 days) - 1

JOHNSON FLORA SPRANGERS PLLC
2001 Western Avenue, Suite 205
Seattle, WA  98121-2174
(t) 206.386.5566

forty (40) days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what they ask for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the undersigned. Within fourteen (14) days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington and RCW 48.05.215.

DATED this 5th day of September 2023.

JOHNSON FLORA SPRANGERS PLLC

*/s/ Mark Johnson*

Mark Johnson, WSBA No. 8463
Attorney for Plaintiff

SUMMONS IN A CIVIL ACTION (40 days) - 2

JOHNSON FLORA SPRANGERS PLLC
2001 Western Avenue, Suite 205
Seattle, WA  98121-2174
(t) 206.386.5566

EXHIBIT A TO DECL. OF CAPLOW
Page 2 of 2