**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 23, 2024

King County Superior Court
516 3rd Avenue
W554
Seattle, WA 98104

RE: *Great American E & S Insurance Company v. Houston Casualty Company et al*
Case #2:23-cv-01695-TSZ

Dear Clerk:

Please find enclosed the certified copy of Judge Thomas S. Zilly's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 23-00002-16817-8-SEA

*Assigned to Judge*: _____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Martin J Valencia,
*Deputy Clerk*

Enclosures



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SEATTLE WA 980
30 JAN 2024 PM 2 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE U.S. COURTS

CLERK U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART ST, SUITE 2310
SEATTLE WA 98101-9906

___ FILED    ___ LODGED    ___ RECEIVED

FEB 01 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY