UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREAT AMERICAN E & S INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON CASUALTY COMPANY; GORDON REES SCULLY MANSUKHANI, LLP; SINARS SLOWIKOWSKI TOMASAKA LLC; J. SCOTT WOOD; and CHRISTOPHER FURMAN,<br><br>Defendants. | C23-1695 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Great American E & S Insurance Company's motion, docket no. 33, for attorney's fees and costs, is DENIED. The Court notes that the remand of this matter resulted in large part from the Court's sua sponte observation that at least two of the defendants are citizens of Washington, rendering the case unremovable. *See* Minute Order (docket no. 5). In addition, for the same reason that the Court could not rule in defendants' favor on the merits of their fraudulent-joinder theory for removing this action, *see* Minute Order at ¶ 1(d) (docket no. 29), the Court cannot conclude that the removal was objectively unreasonable. *See* *Martin v. Franklin Cap. Corp.*, 546 US. 132, 141 (2005) ("Absent unusual circumstances, courts may award attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal.").

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of March, 2024.

                                          Ravi Subramanian
                                          Clerk

                                          s/Laurie Cuaresma
                                          Deputy Clerk